■ In the Matter of the Arbitration between SUITS GALORE, INC., Appellant, and STONE RIDGE KNITTING MILLS, INC., Respondent.—Judgment, Supreme Court, New York County, entered May 23, 1975, denying petitioner's application to stay arbitration, unanimously affirmed, with $40 costs and disbursements to respondent. It is clear from the record that petitioner received and retained, without objection, the subject contracts, each containing a broad arbitration clause. Moreover, it also appears that goods were subsequently delivered to and accepted by petitioner, and that the invoices which were issued for each of the shipments contained a reference to the particular contract involved. Under the circumstances, petitioner is bound by the arbitration clauses contained in the two contracts, and the application for a stay of arbitration was properly denied. (*Matter of Helen Whiting, [Trojan Textile Corp.]*, 307 NY 360; *Trafalger Sq. v Reeves Bros.* , 35 AD2d 194.) Concur—Markewich, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ.